**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6843**

———————

KEVIN ANTHONY DUDLEY,

                                        Petitioner - Appellant,

        versus

MATTHEW B. HAMIDULLAH, Warden,

                                        Respondent - Appellee,

        and

BUREAU OF PRISONS,

                                        Respondent.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Joseph F. Anderson, Jr., Chief
District Judge.  (2:07-cv-00022-JFA)

———————

Submitted:  August 8, 2007          Decided:  August 21, 2007

———————

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kevin Anthony Dudley, Appellant Pro Se.  Emily Yolanda Howard,
SOCIAL SECURITY ADMINISTRATION, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Anthony Dudley, a federal prisoner, appeals the district court's order and judgment accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2007) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Dudley v. Hamidullah</u>, No. 2:07-cv-00022-JFA (D.S.C. May 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>